NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PERSONALIZED MEDIA COMMUNICATIONS, LLC,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

---

2020-1197

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00754.

-------------------------------------------------

**PERSONALIZED MEDIA COMMUNICATIONS, LLC,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

————————————

2020-1198

————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01520.

————————————

## ON MOTION

————————————

Before PROST, REYNA, and TARANTO, *Circuit Judges*.

PROST, *Circuit Judge*.

## O R D E R

Intervenor moves unopposed to remand these cases to the United States Patent and Trademark Office ("USPTO") to permit the Patent Trial and Appeal Board to issue new final written decisions consistent with the Director rehearing decisions vacating the Board's prior decisions.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motions are granted.  The cases are remanded to the USPTO for further proceedings consistent with this order and the rehearing decisions.

(2)  Each side shall bear its own costs.

For the Court

May 5, 2022                              /s/ Peter R. Marksteiner
      Date                              Peter R. Marksteiner
                                        Clerk of Court

ISSUED AS A MANDATE:  May 5, 2022